IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TEROME THOMPSON,

                  Plaintiff,                ORDER

v.

                                                  14-cv-098-wmc

EAU CLAIRE COUNTY SHERIFF
DEPARTMENT *et al.*,

                  Defendants.

The United States Marshal's office has filed a "Process Receipt and Return" form showing that it has been unable to serve plaintiff Terome Thompson's complaint on defendant Nurse Aaron Doe, who used to work for the Eau Claire County Jail. According to the notation on the form, a nurse "Erin" used to work for a private company that contracted employment with the jail, but she is no longer working at the jail. (*See* dkt. #14.)

Although the United States Marshal made a reasonable effort to locate Nurse Aaron Doe with the information provided, it may be possible that plaintiff will be able to provide further identifying information about Nurse Doe which would allow him or her to be served later in this case. Even though plaintiff does not know the full name of Nurse Doe, "when the substance of a *pro se* civil rights complaint indicates the existence of claims against individual officials not named in the caption of the complaint, the district court must provide the plaintiff with an opportunity to amend the complaint." *Donald v. Cook Cnty. Sheriff's Dep't*, 95 F.3d 548, 555 (7th Cir. 1996).

Accordingly, plaintiff shall be given an opportunity to file an amended complaint properly identifying Nurse Doe. At the August 18, 2015, preliminary pretrial conference, Magistrate Judge Stephen Crocker will discuss with the parties the most efficient way to

identify this defendant and will set a deadline for plaintiff to amend his complaint to include this defendant.

Entered this 27th day of July, 2015.

BY THE COURT:

WILLIAM M. CONLEY
District Judge