IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TEROME THOMPSON,

    Plaintiff,

v.

EAU CLAIRE COUNTY SHERIFF DEPT.,
SHERIFF RON CRAMER, JOEL BRETEGAN, PAT
CHRISTENSON, MICHAEL KLOTZ, RON
OLSON, PHIL FIELD, KEVIN OTTO, ROBERT
HUFFMAN, DANIEL OATES, SALLY ROBERTS,
JAQUELINE OLSON, RANDY OLSON, DANIEL
NOEL, DANIEL PORN, JASON HIGLEY, JOE
LORENZ, COREY BERGEVIN, CHRISTOPHER
BERGERSON, MEGAN HENDRINGTON, JON
PENDERGAST, JOSHUA SCHROEDER,
TRISTAN SEIDL and ERIN POPPE,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-98-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Terome Thompson leave to proceed and dismissing his claims against Joel Bretegan, Ron Cramer, Eau Claire County Sheriff Dept., Randy Olson, Ron Olson, Kevin Otto, Sally Roberts, Christopher Bergerson and Corey Bergevin; and

(2) granting summary judgment in favor of Pat Christenson, Robert Huffman, Jacqueline Olson, Phil Field, Michael Klotz, Jon Pendergast, Jason Higley, Joe Lorenz, Daniel Oates, Daniel Porn, Joshua Schroeder, Daniel Noel, Megan Hendrington, and Tristan Seidl and Erin Poppe and dismissing this case.

/s/                                                                                                    10/12/2016

Peter Oppeneer, Clerk of Court                                                     Date